AUSA Stephanie Smith-Burris

# United States District Court

**Western** District of **Texas**

**FILED**
February 22, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ MC _____
DEPUTY

**UNITED STATES OF AMERICA**
V.
**Jorge Alberto GARCIA-Alvarez**
**aka: Mario MARTINEZ-Navarro**

**CRIMINAL COMPLAINT**

CASE NUMBER:   **W24-043M**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about February 04, 2024 in the Western District of Texas, defendant Jorge Alberto GARCIA-Alvarez, an alien, was found in the United States in Killeen, Bell County, Texas, after having been previously having been expelled from the United States under Title 42 on or about October 11, 2020 at Eagle Pass, Texas. The defendant unlawfully re-entered the United States and is an alien required to apply for registration and to be fingerprinted in the United States, did willfully fail, or refuse to make such application or to be fingerprinted, in violation of Title 8 United States Code, Section 1306(a). I further state that I am Supervisory Detention and Deportation Officer with U.S. Immigration and Customs Enforcement (ICE), and that this complaint is based on the following facts:

On or about February 04, 2024 defendant Jorge Alberto GARCIA-Alvarez, an alien, was found in the Killeen City Jail, located in Killeen, Texas, within the Western District of Texas after his arrest on or about February 04, 2024, for *Public Intoxication*. Killeen City Jail officials submitted an Immigration Alien Query (IAQ) on GARCIA and an alert was received at the ERO Waco Sub-Office in Waco, Texas. The ICE Enforcement Alien Removal Module (EARM) system, which identified GARCIA by the biographic information contained in the IAQ, established that GARCIA is an alien previously having been expelled from the United States under Title 42 on or about October 11, 2020 at Eagle Pass, Texas. Further information revealed that GARCIA stated his name was Mario MARTINEZ-Navarro to Killeen City Jail officials and had been released before a detainer could be placed. On or about February 21, 2024, ERO Waco Fugitive Operations Team members arrested GARCIA after his appearance at Killeen Municipal Court where he disclosed that Jorge Alberto GARCIA-Alvarez is his true and correct name, and that Mario MARTINEZ-Navarro was a fraudulent name he gave to Killeen City Jail officials. GARCIA claimed to have reentered the United States unlawfully sometime in 2021 and willfully failed or refused to make such application or to be fingerprinted after thirty days.

Defendant GARCIA's willful failure to apply for registration and to be fingerprinted is in violation of Title 8 United States Code, Section 1306(a).

**Continued on the attached sheet and made a part hereof:**  ☐ Yes  ■ No

Mark S. Carlino
Supervisory Detention and Deportation Officer
_____
Signature of Complainant

**Sworn to before me and subscribed in my presence**,

February 22, 2024                                              Waco, Texas
_____   at   _____
Date                                                                       City and State

Derek T. Gilliland
U.S. Magistrate Judge
_____        _____
Name & Title of Judicial Officer                          Signature of Judicial Officer