IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CRIMINAL NO. 6:24-CR-00055 |
| | * | |
| JORGE ALBERTO | * | |
|   GARCIA-ALVAREZ | * | |
|   aka Mario Martinez-Navarro | * | |

## FACTUAL BASIS

Had this case proceeded to trial, the United States Attorney for the Western District of Texas was prepared to prove and would prove beyond a reasonable doubt that:

On or about February 4, 2024, in the Western District of Texas, Defendant,

**JORGE ALBERTO GARCIA-ALVAREZ,**
aka Mario Martinez-Navarro,

an alien required to apply for registration and be fingerprinted in the United States, did willfully fail or refuse to make such application or to be fingerprinted, in violation of Title 8, United States Code, Section 1306(a).

Specifically, the United States Attorney would prove beyond a reasonable doubt that:

On or about February 4, 2024, the Defendant, JORGE ALBERTO GARCIA-ALVAREZ, was found in the Killeen City Jail, Killeen, Texas, a place within the Waco Division of the Western District of Texas. It was discovered that during the book-in process, the Defendant advised the Killeen City Jail officials that his name was Mario Martinez-Navarro. The Defendant was released before a detainer could be lodged.

On or about February 21, 2024, GARCIA-ALVAREZ appeared at the Killeen Municipal Court where members with the Immigration and Customs Enforcement Fugitive Operations Team

arrested the Defendant. At that time, the Defendant disclosed that JORGE ALBERTO GARCIA-ALVAREZ was his true and correct name and that Mario Martinez-Navarro was a fraudulent name he gave to the Killeen City Jail officials.

The Defendant claimed to have re-entered the United States unlawfully sometime in 2021 and willfully failed or refused to make such application or to be fingerprinted, as required by Title 8, United States Code, Section 1306.

> Respectfully submitted,
>
> JAIME ESPARZA
> United States Attorney
>
> /s/ Stephanie Smith-Burris
>
> By:   STEPHANIE SMITH-BURRIS
>       Assistant United States Attorney